UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BERNAR ESPANOL, and on behalf of all others similarly situated who consent to their inclusion,<br><br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET CAR RENTAL, LLC, and BUDGET RENT A CAR SYSTEM, INC.,<br><br>Defendants. | Case No. 8:10-cv-944-T-35AEP |

### DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Defendants Avis Budget Car Rental, LLC and Budget Rent A Car System, Inc. (collectively, "Defendants"), by their attorneys, hereby request that this Court grant a Protective Order and quash the notices of deposition and subpoenas *duces tecum* that Plaintiffs issued to Littler Mendelson and Jessica Travers on August 21, 2012 and August 28, 2012. Defendants submit the attached memorandum in support of their motion.

/s/ Sarah E. McCarthy
Ashley L. Fitzgerald
LITTLER MENDELSON, P.C.
111 North Magnolia Ave.
Suite 1250
Orlando, FL 32801-2366
Telephone:  (407) 393-2946
Facsimile:   (407) 393-2929
afitzgerald@littler.com

Kimberly J. Gost (*admitted pro hac vice*)
Matthew J. Hank (*admitted pro hac vice*)
Nina K. Markey (*admitted pro hac vice*)
Sarah McCarthy (*admitted pro hac vice*)
Sarah P. Bryan (*admitted pro hac vice*)

        LITTLER MENDELSON, P.C.
        1601 Cherry Street, Suite 1400
        Philadelphia, PA  19103
        Telephone:  (267) 402-3000
        Facsimile:  (267) 402-3131
        kgost@littler.com
        mhank@littler.com
        nmarkey@littler.com
        smccarthy@littler.com
        sbryan@littler.com

        Elaine Wilkinson Keyser
        LITTLER MENDELSON, P.C.
        2 S Biscayne Blvd
        Suite 1500
        Miami, FL 33131
        Telephone:   305-400-7500
        Facsimile:   305-603-2552
        ekeyser@littler.com

Dated:  August 29, 2012

## CERTIFICATE OF SERVICE

I, Sarah E. McCarthy, hereby certify that I served the foregoing **Motion For Protective Order,** accompanying memorandum in support thereof and proposed Order via ECF upon the following:

> Dale J. Morgado
> Feldman, Fox & Morgado, P.A.
> 2701 North Rocky Point Drive, Suite 1000
> Tampa, Florida 33607
> dmorgado@ffmlawgroup.com
>
> Thomas G. Moukawsher
> Moukawsher & Walsh, LLC
> 328 Mitchell St
> Groton, CT 06340
> tmoukawsher@mwlegalgroup.com

*/s/ Sarah E. McCarthy*
Sarah E. McCarthy

Dated:  August 29, 2012