**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

BERNAR ESPANOL, and on behalf of all
others similarly situated who consent to
their inclusion,

    Plaintiff,

v.                                     Case No: 8:10-cv-944-T-35AEP

AVIS BUDGET CAR RENTAL, LLC and
BUDGET RENT A CAR SYSTEM, INC.,

    Defendants.
_____/

## ORDER DIRECTING ADMINISTRATIVE CLOSURE

On June 18, 2014, the parties contacted the chambers of the Undersigned, informing the Court that the above-captioned case has settled. Therefore, based upon their oral representation, it is hereby

**ORDERED** that this case be **administratively closed** pending receipt, within **sixty (60) days** from the date of this order, either a Joint Notice of Voluntary Dismissal, or a Joint Motion to Approve Proposed FLSA Settlement. If the claims were resolved without compromise, a joint motion to approve proposed FLSA settlement is unnecessary. In its place, the parties are directed to file a notice of dismissal indicating that the claims have been resolved without compromise. The Clerk is directed to terminate any pending

motions in this case.

      **DONE** and **ORDERED** in Tampa, Florida, this 20th day of June, 2014.

*[Signature]*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any pro se party